UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:16-CV-00150-BR

THOMAS E. PEREZ, )
Secretary of Labor, )
United States Department of Labor, )
)
                Plaintiff, )
)
v. )
)
FAT BOYS GRILL, LLC and )
JEREMY CANNON, )
)
                Defendants. )

## ORDER

This matter is before the court on the parties' joint motion to stay. For good cause shown, the motion is ALLOWED. This action is STAYED through and including 15 December 2016.

This 7 November 2016.

                                                W. Earl Britt
                                                Senior U.S. District Judge